UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-237D-001

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| TAVARIS DELINO BATTLE, ) | |
| Defendant. ) | |

FOR GOOD CAUSE SHOWN, upon Motion of the Defendant, it is hereby

ORDERED that the Motion and Order to Seal and the Motion To Continue Sentencing be sealed until such time as requested to be unsealed by the Defendant

This, the 29 day of July, 2014.

The Honorable Chief Judge James C. Dever III
Judge Presiding