UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-237D-001

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>v. )<br>)<br>TAVARIS DELINO BATTLE, )<br>Defendant. ) | ORDER TO SEAL |

FOR GOOD CAUSE SHOWN, upon Motion of the Defendant, it is hereby

ORDERED that the Motion and Order to Seal and the Sentencing Memorandum and Motion for

Downward Variance until such time as requested to be unsealed by the Defendant

This, the 17 day of November, 2014.

<img>signature</img>
The Honorable Chief Judge James C. Dever III
Judge Presiding