IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-237-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TAVARIS DELINO BATTLE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States MUST respond to defendant's motion for compassionate release [D.E. 632] not later than March 2, 2026.

SO ORDERED. This 10 day of February, 2026.

JAMES C. DEVER III
United States District Judge