IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-237-D

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )
                                   )          **ORDER**
TAVARIS DELINO BATTLE,             )
                                   )
            Defendant.             )

The United States SHALL file a response to defendant's motions [D.E. 632, 650, 651] not

later than June 15, 2026.

SO ORDERED. This 10 day of April, 2026.

                              _____
                              JAMES C. DEVER III
                              United States District Judge